**Motion Granted; Appeal Dismissed and Memorandum Opinion filed July 25, 2019.**



In The

# Fourteenth Court of Appeals

### NO. 14-19-00217-CV

## IN THE INTEREST OF J.M.C. AND R.T.C

**On Appeal from the 245th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2018-26598**

## MEMORANDUM  OPINION

This is an appeal from a judgment signed February 14, 2019. On July 19, 2019, appellant filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices Christopher, Bourliot, and Zimmerer.